# United States Bankruptcy Court
**Northern District of Illinois, Eastern Division**

| | | |
|---|---|---|
| IN RE: Marion Moore, Jr. | ) | Chapter 13 |
| | ) | Case No. 20 B 02770 |
| Debtor(s) | ) | Judge A. Benjamin Goldgar |

## Notice of Motion

Marion Moore, Jr.  
70 W. Main Street  
Chicago Heights, IL  60411

Debtor Attorney: David M Siegel  
via Clerk's ECF noticing procedures

On May 12, 2020 at 2:30 pm, I will appear at the location listed to the right, and present this motion.

> Dirksen Federal Building
> 219 South Dearborn
> Courtroom 642
> Chicago, IL  60604

I certify under penalty of perjury that this office caused a copy of this notice to be delivered to the persons named above by U.S. mail or by the methods indicated on or before Tuesday, May 5, 2020.

/s/ MARILYN O. MARSHALL  
MARILYN O. MARSHALL, TRUSTEE

## Motion to Dismiss Case For Unreasonable Delay

Comes now Marilyn O. Marshall, Standing Trustee, and requests that this case be dismissed, as Debtor(s) failed to file the required documents pursuant to 11 USC §521, §1307, §349, and Rule 3015, and in support thereof states the following:

1. Debtor(s) filed for Chapter 13 on 01/31/2020.

2. The debtor(s) have failed to provide an Affidavit of Compliance.

3. The debtor(s) have failed to provide copies of all payment advices or other evidence of payment received within 60 days before the date of filing the petition.

4. The debtor(s) have failed to maintain payments to the Trustee's office as required under 11 U.S.C. §1326.

5. The debtor(s) have failed to commit all disposable income to the plan.

6. The debtor(s) have failed to amend schedule B to list the value of their assets.

7. The debtor(s) have failed to amend schedule H to list co-signed debt.

8. Debtor has failed to amend Schedule D to list an undisclosed vehicle.

9. Debtor has failed to amend Schedule I as rental income has increased.

10. Debtor has failed to amend Schedule J as the mortgage payment has decreased and to remove child support income.

11. The debtor's failure to confirm a plan in a timely manner constitutes unreasonable delay.

WHEREFORE, the Trustee prays that this case be dismissed, and for any and all other relief this court deems just and proper.

Office of the Chapter 13 Trustee
224 S Michigan Ave
Ste 800
Chicago, IL  60604
(312) 431-1300

/s/ MARILYN O. MARSHALL
MARILYN O. MARSHALL, TRUSTEE