

EXHIBIT
**A**

## REQUIRED STATEMENT
### TO ACCOMPANY MOTIONS FOR RELIEF FROM STAY

All Cases:  Debtor(s) **Marion Moore Jr**                Case No.  20-02770    Chapter  13

All Cases:  Moving Creditor  **HomeBridge Financial Services, Inc**
                                                  Date Case Filed  01/31/2020

Nature of Relief Sought: ☒ Lift Stay      ☐ Annul Stay    ☐ Other (describe) _____

Chapter 13:  Date of Confirmation Hearing _____ or Date Plan Confirmed  06/09/2020

Chapter 7: ☐  No-Asset Report Filed on _____
             ☐  No-Asset Report not Filed, Date of Creditors Meeting _____

1.   Collateral
     a.    ☒ Home
     b.    ☐ Car   Year, Make, and Model _____
     c.    ☐ Other (describe)_____

2.   Balance Owed as of Petition Date  $ 88,029.18 _____
     Total of all other Liens against Collateral $_____

3.   In chapter 13 cases, if a post-petition default is asserted in the motion, attach a payment history listing the
     amounts and dates of all payments received from the debtor(s) post-petition.

4.   Estimated Value of Collateral (must be supplied in *all* cases)  $ 77,000.00 _____

5.   Default
     a.    ☒ Pre-Petition Default
            Number of months  14      Amount $ 17,675.94 _____

     b.    ☒ Post-Petition Default
            i.    ☒ On direct payments to the moving creditor
                   Number of months  5      Amount $ 3,781.62 _____
            ii.   ☐ On payments to the Standing Chapter 13 Trustee
                   Number of months _____    Amount $ _____

6.   Other Allegations
     a.    ☒ Lack of Adequate Protection  § 362(d)(1)
            i.    ☐ No insurance
            ii.   ☐ Taxes unpaid      Amount $ _____
            iii.  ☐ Rapidly depreciating asset
            iv.   ☒ Other (describe)   Failure to make post-petition payments

     b.    ☒ No Equity and not Necessary for an Effective Reorganization § 362(d)(2)

     c.    ☐ Other "Cause" § 362(d)(1)
            i.    ☐ Bad Faith (describe)_____
            ii.   ☐ Multiple Filings
            iii.  ☐ Other (describe) _____

     d.    Debtor's Statement of Intention regarding the Collateral
            i. ☐ Reaffirm   ii ☐ Redeem   iii. ☐ Surrender   iv. ☐ No Statement of Intention Filed

Date: _____08/07/2020_____              */s/ Amanda J. Wiese*
                                            _____
                                                    Counsel for Movant

(Rev. 12 /21/09)